# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| CARLOS JULIO, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>KBR, INC., *et al.*,<br><br>       Defendants. | Case No. 3:22-cv-530-HEH |

## NOTICE OF WITHDRAWAL OF CONSENT

Plaintiff Carlos Julio, by and through his counsel, hereby give notice that Plaintiff Carlos Julio withdraws his Consent to Join the Collective Action pursuant to 29 U.S.C. 216(b).

Dated: August 18, 2022       Respectfully submitted,

          By:  /s/ *Zev H. Antell*
              Craig Juraj Curwood (VSB No. 43975)
              Zev H. Antell (VSB No. 74634)
              Butler Curwood, PLC
              140 Virginia Street, Suite 302
              Richmond, VA 23219
              Tel: 804-648-4848
              Facsimile: 804-237-0413
              craig@butlercurwood.com
              zev@butlerwood.com

              /s/ *Michele A. Moreno*
              Lloyd R. Ambinder (*Pro Hac* Admission)
              Michele A. Moreno (*Pro Hac* Admission)
              Virginia & Ambinder, LLP
              40 Broad Street, 7th Floor
              New York, New York 10004
              (212) 943-9080
              lambinder@vandallp.com
              mmoreno@vandallp.com

              *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, I will electronically file the foregoing with the Clerk of

the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all

counsel of record.

By:     */s/   Zev H. Antell*      
      Zev H. Antell (VSB No. 74634)
      Butler Curwood, PLC
      140 Virginia Street, Suite 302
      Richmond, VA 23219
      Tel: 804-648-4848
      Facsimile: 804-237-0413
      zev@butlerwood.com