# EXHIBIT 2

Deed # 1382

The Commonwealth of Virginia

To) Cedement

The United States of America

488

KNOW ALL MEN BY THESE PRESENTS, THAT WHEREAS, the United States has acquired by purchase and condemnation and now holds the hereinafter described land within the limits of the Commonwealth of Virginia for use in connection with a military reservation officially named Camp Pickett; and

WHEREAS, with respect to such land, the United States does not desire to accept any of the jurisdiction and powers ceded by Sections 7-18, 7-19, or 7-21 of the 1950 Code of Virginia, but desires to acquire exclusive jurisdiction over the same; and

WHEREAS, under the provisions of Section 7-24 of the Code of 1950 of Virginia, (Acts of Assembly, 1940, c. 422, page 761), the Governor and Attorney General of the Commonwealth of Virginia, upon application made to them in writing on behalf of the United States for that purpose, are authorized on the part of the Commonwealth to the cede to the United States Jurisdiction over such land; and

WHEREAS, application has been made in writing on behalf of the United States of America for such cession;

NOW, THEREFORE, we, John S. Battle and J. Lindsay Almond, Jr., as Governor and Attorney General, respectively, of the Commonwealth of Virginia, in the name of and on behalf of the Commonwealth of Virginia, and in accordance with the laws of said Commonwealth, do hereby cede unto the United States of America exclusive jurdisdiction over that certain land situate in the Counties of Nottoway, Dinwiddie, Brunswick and Lunenburg, State of Virginia, and more particularly described as follows:

Beginning at Point No. 1, said point being the intersection of State Route No. 644 with State Route No. 46, a corner common to the Citizens Bank & Trust Company (Tract No. J-168), E. J. Ottinger and in a line of Waverly Hurt; thence along State Route No. 644,; Northerly and Northwesterly 252.6 chains to Point 2, common to K. S. Williams; thence leaving State Route No. 644, and running with the land of K. S. Williams and the Citizens Bank & Trust Company, Northeasterly along an old road 44.7 chains to Point 3; thence leaving said old road and with the land of William Sommers; North 3° West 23.3 chains to Point 4; thence up Hurricane Creek with its meanders and with the line of James Epps and Alec Fitzgerald, Northerly 90.5 chains to Point 5; thence leaving Jones Mill Run and 4 lines with Willie Lassiter, S. 67° 15' E. 1.5 chains to Point 6; S. 1° 15' E. 3.2 chains to Point 7; N. 88° 45' E. 23.5 chains to Point 8; N. 2° 15' W. 28.2, chains to Point 9; thence 2 lines with the Blackstone Reservoir, N. 5° 15' W. 17.3 chains to Point 10, N. 88° 15' W. 8.0 chains to Point 11; thence, along State Route No. 644 with Sylvester Stokes Northeasterly 7.0 chains to Point 12; thence with Allan Epes and Burrell Cousins N. 16° 45' E. 30.6 chains to Point 13; thence along an old road with Cousins line & Northwesterly 1.0 chain to Point  14; thence with said Cousins line N. 1° 30' E. 6.1 chains to Point 15; thence along an old road with Russell Irby, David Dobbins Estate and Ida Wilson Northeasterly 41.7 chains to Point 16; thence with Ida Wilson and Charlie Lee N . 6° 30' E. 17.0 chains to Point 17; thence 2 lines with Charlie Lee, N. 3° 45' E. 10.5 chains to Point 18; N. 0° 30' W. 10.3 chains to Point 19; thence with Bessie N. Wells N. 5° 15' W. 16.0 chains to Point 20, in the South right-of-way line of the Norfolk and Western Railroad; thence Northeasterly with the South right-of-way line of said Norfolk and Western Railway, as the same is now constructed and used, 27.9 chains; thence leaving said right-of-way and still binding on land belonging to said Railway, South westerly 4.54 chains,



Southeasterly .45 chain and Northeasterly 5.07 chains to the South right-of-way of said Railway; thence still binding on the South right-of-way of said Railway, Northeasterly (as the same is now constructed and used) 137.56 chains; thence leaving said south right-of-way line, still binding on land belonging to said Norfolk and Western Railway the three (3) following courses and distances; Southeasterly 2 chains, Easterly 5.61 chains and Northeasterly 6.01 chains to the Sputh right-of-way line above mentioned; thence still Northeasterly binding on said South right-of-way in all 72.46 chains to the West right-of-way of Route No. 634; thence Southerly, binding on the East right-of-way line of said Route No. 634, 56.3 chains to a corner common to the land now or formerly belonging to Algy Page and the land how or formerly belonging to Richard Harris; thence N. 61-1/2° E. binding on land of Page and the land now or formerly belonging to Moses Claiborne in all 38.8 chains to the West line of land now or formerly belonging to Allen and Lewis Epes; thence S. 11-1/4° E. with said Epes land 17.4 chains the the South line of said Epes land; thence S. 81° East, binding thereon and continuing the same comrse binding on the land now or formerly belonging to R. H. Lewis, the land now or formerly belonging to John Hatchett, the land now or formerly belonging to W. H. White and the land now or formerly belonging to L. A. Lewis in all 137.5 chains; thence still binding on said Lewis land the two (2) following courses and distances; S. 68° E. 9 chains and S. 82-1/2° E. 6.1 chains to the land now or formerly belonging to W. H. White; thence N. 84-1/2° E. binding on said White land and continuing the same course binding on the land now or formerly belonging to Thomas Jordan Estate, in all 27.5 chains to the Southeast corner of said land; thence N. 25-1/2° E., still binding on said last mentioned land 22.7 chains to the land now or formerly belonging to Wm. B. and Kate Marshall; thence S. 37° E., binding thereon 11 chains to State Route No. 642; thence along State Route No. 642 Southeasterly 58 chains to Point 26 and State Route No. 643; thence along State Route No. 643, Southeasterly 265.4 chains to Point 27, in the South right-of-way line of State Route No. 40; thence with the South right-of-way line of State Route No. 40 and on land of Butterwood. Church and Cemetery S. 84° W. 2 Chains to Point 28; thence leaving said State Route No. 40 and binding on said Church and Cemetery land the five (5) following courses and distances; S. 23-1/2° W. 8.68 chains to Point 29; S. 81-3/4° E. 11.74 chains to Point 30; S. 9-1/2° W. 2.55 chains to Point 31; S. 67-1/2° E. 2.55 chains to Point 31A and N. 88° E. 7.58 chains to Point 31B in the South right-of-way line of State Route No. 40 aforesaid; thence Southeasterly along said side of said State Route No. 40 in all 34 chains to point 32; thence leaving State Route No. 40 and with 2 lines of Mary Elliot, S. 4° 15' W. 53.0 chains to Point 33; N. 83° 45' E. 12.2 chains to Point 34; thence 3 lines with J. W. Wainwright, S. 27° 45' W. 10.7 chains to Point 35; S. 16° 15' E. 10.5 chains to Point 36; S. 18° 15' E. 18.9 chains to Point 37; thence 3 lines with J. R. and J. L. Wainwright S. 18° 15' E. 8.0 chains to Point 38; S. 17° 15' E. 11.0 chains to Point 39; N. 82° 15' E. 5.8 chains to Point 40 and to the outlines of a colored cemetery; thence with lines of colored cemetery two coursed and distances; S. 4° E. 10.5 chains to Point 40A and N. 86° E. 7.0 chains to point 40B on State Route No. 613; thence with said State Route No. 613, Southerly 32.8 chains to Point 41; thence 3 lines with a recreation lot of Darville District School Trustees; S. 80° 15' W. 5.0 chains to Point 42; S. 9° 45' E. 8.0 chains to Point 43; N. 80° 15'E 4.0 chains to Point 44 on West side of State Route No. 613; thence along State Route No. 613, Southerly 286.1 chains to Point 45 at the Northeast

490

corner of land of H. B. Jones; thence N. 88° W. with H. B. Jones 32.1 chains to Point 46; thence thru H. B. Jones for line of division S. 10° 45' W. 25.8 chains to Point 47; thence with H. B. Jones and L. Knox Jones in all S. 11° E. 22 chains to Point 48; thence S. 77° 45' W. binding on lands of Mamie P. Calvin, W. H. Morse, Richard Bartley and  George Calvin in all 48.5 chains to Point 49; thence S. 13-1/2° W. Still binding on George Calvin's land and with land of Thomas G. Wright in all 22.5 chains to Point 49A; thence S. 71° W. Still binding on Thomas G. Wright land in all 23.2 chains to Point 49B; thence S. 23-1/4° E. still binding on Thomas G. Wright land and on land of Harland Bland in all 29 chains to Point 49C; thence binding on land of W. F. Marcuson the two (2) following courses and distances: N. 87-1/2° W. 18 chains to Point 49D and S. 16-1/4° E. 17.8 chains to Point 50 on State Route No. 628; thence Westerly with State Route No. 628 for a distance of 203 chains to Point 51; thence with State Route No. 628, Southerly 37.7 chains to point 52; thence with J. W. Hammock and V. D. Hawkins N. 67° 45' W. 44.2 chains to Point 53; thence with V. D. Hawkins and Alice Taylor N. 63° 30'W. 29.0 chains to Point 54; thence 4 linew with said Alice Taylor S. 82° 45' W. 24.1 chains to Point 55; S. 54° 15' W. 8.0 chains to Point 56; N. 88° 45' W. 3.8 chains to Point 57; N. 67° 15' W. 2.2 chains to Point 58; thence with Bapberger line S. 23° W. 20.9 chains to Point 59; thence 3 lines with Louie and Madison Daniel N. 64° 588 W. 17.0 chains to point 60; S. 82° 30' W. 7.9 chains to Point 61; N. 89° 15' W. 8.0 chains to point 62; thence along Branch with said Daniel and Sarah Jane Mathews; Northwesterly 25.0 chains to Point 63; thence down Wild Cat Creek Northerly 27.3 chains to Point 64; thence 5 lines with S. J. Wallace N. 79° 45' W. 10.0 chains to point 65; S. 73° 45' W. 9.0 chains to Point 66; N. 86° 45' W. 15.0 chains to Point 67; N. 81° 15' W. 8.0 chains to Point 68; S. 87° 45' W. 9.0 chains to Point 69; thence 4 lines with R. L. Watkins; S. 74° 15' W. 17.5 chains to Point 70; N. 50° 15' W. 6.8 chains to Point 71; S. 81° 15' W. 11.0 chains to Point 72; S. 88° 15' W. 9.7 chains to Point 73, in the West right-of-way line of State Route 46; thence Northerly with the East right-of-way line of State Route No. 46 60 chains to Point 74; thence Northwesterly along a ravine, binding on land of Nannie E. Hawthorne 28.5 chains to point 75; thence with and binding on said Nannie E. Hawthorne land the seven (7) following courses and distances; N. 61° 06' W. 2.43 chains to Point 75A; N. 66° 27' W. 3.36 chains to point 75B; N. 77° 13' W. 5.27 chains to Point 75C; thence in a general Southerly direction up Mountain Branch 42.65 chains to Point 75D; thence Westerly across said Mountain Branch 3.88 chains to Point 75E; thence in a general Northerly direction down said Mountain Branch 32.15 chains to Point 75F; thence Southwesterly 17 chains to Point 76; thence S. 76° W. binding on land of Grady Jones 56.0 chains to Point 76A and to Old Lawyers Road; thence Northwesterly along said Old Lawyers Road 8.7 chains to Point 77, said point being the intersection of said old road with the Reservoir Boundary Survey on the South side of Cedar Creek; thence 24 lines with the Reservoir Boundary traverse up the South side of Cedar Creek, lines of the Purdential InsurancesCompany; S. 78° 56' W. 1.64 chains; S. 36° 49' W, 3.00 chains; S. 6° 21' E. 4.00 chains; S. 25° 26' E. 6.47 chains; S. 11°22' E. 3.37 chains; S. 11° 42' E. 1.98 chains; S. 8° 52' W. 2.17 chains; S. 29° 13' W. 4.90 chains; S. 78° 13' W. 3.63 chains; S. 29° 47' W. 3.47 chains; S. 5° 58' W. 3.88 chains; S. 27° 56' W. 3.44 chains; S. 8° 26' W. 4.26 chains; S. 66° 54' W. 3.34 chains; S. 38° 58' W 3.38 chains; S. 44°0 39' W. 4.26 chains; N. 83° 28' W. 2.41 chains; N. 80° 12' W. 2.45 chains; N. 80° 30' W. 2.37 chains; S. 28° 35' W. 2.99 chains; S. 35° 59' E. 2.57

chains; S. 24° 44' W. 4.34 chains; S. 20° 54' E. 3.81 chains; S. 61° 20' W. 0.20
chains, to Point 78; thence lo lines with M. A. Bloom, continuing the Reservoir
Boundary traverse, S. 61° 20' W. 1.73 chains; S. 67° 56' W. 1.83 chains; S. 30°
42' W. 2.99 chains; S. 18° 27' W. 2.00 chains; S. 17° 57' W. 3.51 chains; S. 18°
11' W. 4.59 chains; S. 31° 38' W. 3.44 chains; S. 63° 54' W. 2.45 chains; N. 62°
17' W. 2.09 chains; N. 64° 46' W. 0.10 chains to Point 79; thence leaving the
Reservoir traverse N. 77° W. 3.38 chains to Point 80; thence through the land
of W. Linwood Jones N. 7° 06' W. 13.90 chains to Point 81; thence 2 lines with
W. S. Jones N. 24° 07( E. 9.83 chains to Point 82; N. 26° 15' E. 38.36 chains to
Point 83; thence 3 lines with W. S. Jones, lines of the Reservoir traverse; N.
53° 05' W. 0.18 chains; N. 27° 17' W. 3.74 chains; N . 53° 15'W. 2.05 chains
to Point 84; thence 5 lines with H. S. Bailey, N. 53° 15 ' W. 1.00 chain; N. 13°
46' E. 3.64 chains; N. 83° 53' E. 4.45 chains; S. 59° 54' E. 1.94 chains; N. 44°
27' E. 1.01 chains to Point 85; thence 11 lines with R. Edward Jones, N. 44° 27'
E. 1.37 chains; N. 1° 09' E. 4.06 chains; N. 35° 18' E. 4.84 chains; N. 38° 07' W.
3.11 chains; N. 9° 37' E. 3.50 chains; N. 66° 46' E. 2.10 chains; S. 55° 26' E. 3.12
chains; S. 48° 58' E. 2.66 chains; S. 40° 07( E. 2.82 chains; N. 57° 07' E. 3.00
chains; N. 55° 10' E. 1.10 chains to Point 86; thence leaving the Reservoir
Traverse, along the Lawyer Road with R. Edward Jones and Katherine Saunders,
Northerly 70.0 chains to Point 87; thence with the Reservoir traverse, 15 lines with
Katherine Saunders, N. 69° 56' W. 1.14 chains; N. 85° 53' W. 4.37 chains; N. 11°
6' E. 4.11 chains; N. 26° 27' W. 2.49 chains; N. 53° 34' W. 3.84 chains; N. 65°
53' W. 2.63 chains; N. 81° 34' W. 2.01 chains; N. 83° 19' W. 2.94 chains; N. 87°
56' W. 3.9. chains; S. 35° 36' W. 3.69 chains; S. 06' W. 3.40 chains; S. 58°
23' W. 4.59 chains; N. 85° 17( W. 4.59 chains; S. 52° 01' W. 2.51 chains; N. 85°
53' W. 3.50 chains to Point 88( thence 3 lines with J. W. Nash, N. 85° 53' W. 1.39
chains; N. 37° 57' W. 2.91 chains; N. 2° 47( W. 3.83 chains to Point 89; thence with
and binding on land of Curtis L. Shead the two (2) following courses and distances
N. 86° E. 1.70 chains to Point 89A and S. 15° W. 0.47 chains to Point 89B; thence
14 lines with R. L. Rash, N. 80° 53' E. chains; N. 64° 44' E. 3.27 chains; N. 30°
40' E. 2.08 chains; S. 46° 00 'E. 2.88 chains; S. 15° 51' E. 1.63 chains; S. 81°
14' E. 3.06 chains; N. 35° 25' E. 1.86 chains; N. 23° 19! E. 2.08 chains; N. 8°
08' E. 2.00 chains; N. 45° 40' E. 3.84 chains; N. 80° 55' E. 3.07 chains; S. 75°
33' E. 1.92 chains; S. 82° 59' E. 3.85 chains; S. 89° 35' E. 7.11 chains to Point
90; thence leaving the Reservoir traverse 2 lines with Katherine Saunders, N. 82° 45'
E. 3.40 chains to Point 91; S. 25° 15' E. 0.95 chains to Point 92; thence 48
lines with reservoir traverse and with R. L. Rash, S. 73° 20' E. 2.98 chains; S. 40°
57' E. 3.81 chains; S. 22° 09' E. 2.57 chains; S. 77° 44' E. 2.90 chains; N. 65°
35' E. 2.45 chains; N. 38° 20' E. 3.38 chains , S. 88° 59! E. 4.37 chains; S. 71°
15' E. 3.95 chains; S. 43° 07' E. 2.58 chains; N. 86° 13' E. 7.58 chains; N. 28°
43' W. 3.89 chains; N. 41° 22' W. 5.21, chains; N. 40° 20' W. 4.44 chains; N. 32°
53' W. 5.27 chains; N. 34° 53 'W. 2.14 chains; N. 65° 39' W. 3.59 chains; N. 28°
05' W. 3.89 chains; N. 12° 55' W. 4.19 chains; N. 4° 51' E. 2.76 chains; N. 11°
49' W. 2.58 chains; N. 56° 08' W. 2.85 chains; N. 55° 48' W. 3.16 chains; N. 54°
54' W. 2.70 chains; S. 88° 43' W. 2.24 chains; N. 19° 41' W. 1.47 chains; N. 63°
55' W. 2.74 chains; N. 5° 09' E. 2.21 chains; N. 61° 19' W. 2.20 chains; S. 77°
42' W. 4.19 chains; N. 13° 40' E. 4.29 chains; N. 67° 32' W. 3.38 chains S. 66° 10'
W. 2.55 chains; N. 75° 30I W. 2.83 chains; N. 40° 3o' E. 6.95 chains; N. 40° 08 '
W. 2.43 chains; N. 66° 39' W. 3.36 chains; S. 41° 50' W. 6.54 chains; S. 46° 13' W.

492

2.81 chains; N. 6° 13' W. 3.59 chains; N. 14° 32' E. 3.51 chains; N. 43° 47' E.
2.54 chains; N. 72° 10' W. 3.33 chains; S. 83° 59' W. 1.65 chains to Point 93;
thence 2 lines with C. L. Snead, S, 83° 59' W. 2.72. chains; N. 22° 21' W. 1.62
chains to Point 94; thence 6 lines with E. B. Hones; N. 22° 21' W. 0.63 chains; N.
36° 23' E. 4.39 chains; N. 15° 59' W. 2.56 chains; N. 39° 36' W. 2.73 chains;
N. 56° 38' W. 2.91 chains; S. 83° 48' W. 2.26 chains to Point 95; thence 32 lines
with W. W. Palmore Estate S. 83° 48' W. 2.12 chains; S. 84° 22' W. 4.97 chains;
N. 27° 45' E. 4.47 chains; N. 42°27' W. 3.42 chains; N. 53° 46' E. 4.73 chains;
N. 10° 03' W. 2.02 chains; N. 12° 16' W. 4.34 chains; N. 70° 13' W. 2.38 .chains;
N. 7° 36' E. 3.42 chains; N. 68° 09' W. 3.71 chains; S. 42° 33' W. 3.75 chains;
N. 52° 27' W. 3.54 chains; N. 54° 08' W. 3.30 chains; N. 83° 42' W. 4.01 chains;
S. 28° 42' W. 3.81 chains; N. 62° 36' W. 1.96 chains; S. 52° 21' W. 3.34 chains;
N. 87° 23' W. 2.20 chains; N. 6° 13' E. 2.61 chains; S. 68° 36' W. 3.42 chains;
S. 82° 31' W. 3.78. chains; S. 52° 48' W. 3.85 chains; S. 36° 27' W. 3.99 chains;
S. 88° 06' W. 4.15 chains; N. 12° 09' E. 4.28 chains; N. 12° 51' E. 3.45 chains;
N. 29° 31' E. 7.73 chains; N. 14° 27' E. 6.12 chains; N. 9° 36' E. 4.14 chains;
N. 23° 50' E. 4.57 chains; N. 27° 54' E. 8.79 chains; N. 15° 32' E. 6.23 chains
to Point 96; thence 15 lines with George Irby, N. 15° 32' E. 0.87 chains; N. 4°
32' E. 5.16 chains; N. 9° 49' E. 4.95 chains; N. 39° 26' W. 3.18 chains; N. 82°
11' W. 4.06 chains; S. 79° 03' W. 10.68 chains; N. 72° 36' W. 7.11 chains; N.
65° 22' W. 2.85 chains; S. 43° 07' W. 3.82 chains; S. 72° 42' W. 3.06 chains; S.
26° 06' W. 10.12 chains; N. 58° 54' W. 6.84 chains;.N. 74° 20' W. 3.30 chains; due
North 2.50 chains to Point 96A to Big Nottoway River; thence Westerly along said
River and binding on George Irby land 24 chains to Point 96B and to land now or
formerly belonging to R. B. Barnes; thence with said Barnes land the 19 following
courses and distances; N. 5° 15' E. 2.10 chains; N. 13° E. 1.96 chains to Point
111, N. 12° 15' E. 20.14 chains; to Point 112, N. 14° 30' E. 1.17 chains, N. 47°
W. 2.24 chains, N. 57° 30' W. 2.47 chains, N. 80° W. 1.64 chains, N. 68° W. 2.53
chains, S. 85° W. 1.95 chains, N. 78° W. 4.75 chains, S. 81° W. 2.44 chains, N.
56° 15' W. 2.39 chains, S. 87° W. 1.83 chains, S. 74° W. 2.96 chains, N. 63° W.
3.63 chains, due West 2.23 chains, N. 50° W. 3.46 chains, N. 5° W. 2.78 chains, N.
16° 45' E. 3.51 chains to the Little Nottoway River; thence still binding on said
Barnes land and down said Little Nottoway River, Southeasterly 49 chains to Point
118 and to the land now or formerly belonging to Annie Berry; thence 13 lines with
Annie Berry, S. 88° 37' E. 2.25 chains; N. 10° 43' E. 4.52 chains; N. 81° 27'
E. 1.68 chains; S. 11° 39' E. 2.87 chains; S. 14° 00' E. 3.08 chains, S. 60° 42' E.
2.14 chains, S. 28° 07' E. 3.21 chains; S. 54° 58' E. 1.78 chains; N. 48° 03' E.
1.34 chains; S. 88° 50' E. 2.56 chains; S. 11° 05' W. 4.85 chains; S. 62° 43' E.
3.52 chains; S. 37° 08' E. 1.12 chains to Point 119; thence 17 lines with Marion
Epes, S. 37° 08' E. 1.68 chains; N. 55° 44' E. 4.63 chains; N. 50° 05' E. 3.97
chains; N. 30° 37' E. 4.88 chains; S. 62° 35' E. 5.30 chains; N. 86° 19' E. 4.64
chains; S. 73° 16' E. 4.46 chains; S. 89° 35' E. 1.70 chains; N. 6° 05' W. 3.92
chains; N. 9° 11' E. 5.41 chains; N. 1° 32' E. 4.14 chains; N. 7° 24' E. 5.26
chains; N. 33° 55' E. 3.36 chains; S. 41° 21' E. 3.95 chains; S. 13° 45' E. 3.74
chains; S. 1° 44' E. 4.13 chains; S. 41° 39' E. 1.00 chain to Point 120; thence leav-
ing the Reservoir traverse 2 lines with T. J. Holden,South 4° 15' E. 5.00 chains
to Point 121; S. 34° 2.88 chains to Point 122; thence 26 lines with T. J. Molden with
lines of the Reservoir traverse, S. 11° 18' E. 1.00 chain; S. 42° 00' E. 4.70

chains; S. 53° 06' E. 3.58 bhains; S. 43° 02' E. 5.21 chains; S. 18° 23' E. 5.46 chains; S. 24° 37' E. 4.10 chains; S. 23° 45' W. 4.14 chains; N. 75° 05' E. 1.06 chains; N. 64° 25' E. 2.20 chains; S. 21° 29' E. 1.93 chains; S. 35° 24'W. 2.29 chains; S. 74° 41' E. 2.25 chains; S. 11° 50' W. 3.41 chains; S. 62° 32' W. 3.45 chains; S. 22° 09' W. 1.95 chains; S. 66° 40' E. 2175 chains; S. 17° 52' W. 4.82 chains; S. 35° 03' W. 5.41 chains; N. 74° 40' E. 2.92 chains; S. 7° 24' E. 3.05 chains; S. 31° 54' W. 4.81 chains; S. 21° 43' E. 3.60 chains; N. 71° 59' E. 2.41 chains; N. 58° 52' E. 5.01 chains; N. 69° 28' E. 2.07 chains; S. 60° 02' E. 3.05 chains to Point 123; thence 11 lines with J. B. Jones Estate, N. 0° 22' W. 4.26 chains; N. 33° 51' E. 3.35 chains; S. 32° 16' E. 3.77 chains; N. 66° 32' E. 2.19 chains; S. 15° 13' E. 2.58 chains; S. 0° 56' W. 2.59 chains; S. 28° 27' E. 3.40 chains; S. 23° 09' W. 2.52 chains; S. 32° 46' E. 3.22 chains; S. 37° 53' E. 1.60 chains; S. 51° 28' E. 4.70 chains to Point 124; thence 15 lines with W. Emory Jones, S. 51° 28' E. 0.50 chains; S. 46° 24' W. 3.60 chains; S. 58° 59' E. 3.42 chains; S. 8° 40' E. 4.62 chains; N. 82° 56' E. 5.79 chains; S. 26° 33' W. 4.91 chains; S. 15° 39' E. 6.21 chains; N. 56° 57' E. 4.15 chains; S. 13° 16' E. 4.19 chains; N. 49° 26' E. 7.85 chains; N. 57° 22' E. 3.35 chains; S. 52° 07' E. 2.49 chains; S. 14° 57' W. 4.60 chains; S. 61° 20' W. 3.80 chains; S. 13° 09' W. 1.23 chains to Point 125; thence 10 lines with S. W. Maddux, S. 13° 09' W. 1.60 chains; N. 86° 10' E. 6.08 chains; S. 10° 04' W. 4.86 chains; S. 2° 40( W. 3.90 chains; S. 24° 33' E. 2.86 chains; N. 24° 47' E. 7.20 chains; N. 89° 02' E. 4.15 chains; S. 12° 30' W. 633 chains; S. 3° 15' E. 3.80 chains; S. 47° 46' E. 1.41 chains to Point 126; thence 25 lines with Waverly Hurt, S. 47° 46'( E. 2.27 chains; S. 83° 11' E. 2.49 chains; N. 45° 01' E. 3.36 chains; S. 59° 32' E. 2.03 chains; S. 10° 19' W. 6.16 chains; S. 6° 53' E. 3.34 chains; N. 80° 39' E. 3.66 chains; N. 63° 25' E. 3.84 chains; N. 50° 08' E. 6.96 chains; S. 20° 56' E. 2.70 chains; S. 3° 16' N. 2.51 chains; S. 79° 14' E. 4.38 chains; S. 14° 27' E. 2.21 chains; S. 69° 21' W. 3.05 chains; S. 73° 43' W. 4.97 chains; S. 56° 58' W. 3.57 chains; S. 5° 59' E. 4.72 chains; S. 1° 33' E. 7.58 chains; S. 16° 46' E. 3.04 chains; N. 79° 05' E. 2.29 chains; N. 45° 54' E. 3.36 chains; S. 60° 43' E. 1.63 chains; S. 3° 10' W. 7.30 chains; S. 65° 58' E. 4.02 chains; S. 20° 47' E. 1.25 chains to Point 127; thence 2 lines with Waverly Hurt, leaving the Reservoir traverse, N. 57°145' E. 51.0 chains to Point 128; thence with State Route No. 46, continuing with Waverly Hurt Northwesterly 14.0 chains to Point 1, the place of beginning.

Less and except a certain parcel of land situate in the County of Nottoway, State of Virginia, more particularly described as follows:

Beginning at a point, said point being the intersection of Highway No. 40 with Highway No. 636; thence Easterly with Highway No. 40, 53 chains to a point; thence S. 14° 15' W. 44 chains to a point; thence West 19 chains to a point; thence Northwesterly with Highway No. 636, 9 chains to a point; thence S. 37° 30' W. 21 chains to a point; thence N. 49° 30' W. 9 chains to a point; thence N. 37° 30' E. 21 chains to Highway No. 636; thence Northwesterly up Highway No. 636, 3 chains to a point; thence N. 87° 45' W. 2 chains to a point; thence N. 50° W. 26 chains to a point; thence N. 85° 30' W. 12.8 chains to a point; thence N. 6° 30' E. 5.4 chains to a point; thence S. 85° 30' E. 2.7 chains to a point; thence N. 3° E. 4.6 chains to a point; thence N. 45° 30' E. 7 chains to a point; thence S. 48° E. 10 chains to a point; thence Northeasterly along a farm road 10.5 chains to a point; thence Northerly along Highway No. 636, 11 chains to the point of be-

494

ginning, containing 269.4 acres, more or less.

Also less and except the portions of rights-of-way of U. S. Route No. 460, State Routes Nos. 40, 46, 613, 615, 628, 644, 645. and that part of State Highway No. 643 located in Dinwiddie County, where said highways cross the lands contained in the above description.

Containing in all forty-five thousand, six  hundred sixty-six and eighty-six hundredths (45,666.86) acres of land, more or less.

PROVIDED, that the Commonwealth of Virginia shall retain and have the following jurisdiction and powers in and over the above-described area:

(a)  The Commonwealth shall retain concurrent jurisdiction with the United States over crimes and offenses committed within the above-described area.

(b)  The Commonwealth shall have jurisdiction to serve civil and criminal process within the limits of the above--described area in any proceedings properly instituted in any of the courts of the Commonwealth.

(c)  The Commonwealth shall have jurisdiction and power to levy nondiscriminatory taxes on the franchises and properties of private individuals, associations and corporations, when such franchises and properties are used in the conduct of business on such lands, and on their businesses conducted thereon, excepting therefrom any enterprises managed and conducted by the Army and Air Force Exchange Service or by other instrumentalities of the United States.

(d)  The courts of the Commonwealth shall have concurrent jurisdiction with the courts of the United States of all civil causes of action arising on the above-described lands to the same extent as if the cause of action had arisen in the county or city in which the land lies outside the above-described area, and the State officers shall have jurisdiction to enforce on the above described lands the judgments of the State courts and the collection of taxes by appropriate process.

AND PROVIDED FURTHER, That in the event the said land or any part thereof shall be sold or leased to any private individual, or to any association or corporation, under the terms of which sale or lease the vendee or lessee shall have the right to conduct thereon any private industry or business, then the jurisdiction ceded to the United States over any such land so sold or leased shall cease and determine, and thereafter the Commonwealth of Virginia shall have all jurisdiction and power she would have had if no jurisdiction or power had been ceded to the United States. This provision, however, shall not apply to post exchanges, officers' and non-commissioned officers' messes, and similar service organizations and activities on said land.

IN TESTIMONY WHEREOF, pursuant to the authority conferred upon them by section 7-24 of the 1950 Code of Virginia, John S. Battle, Governor of the Commonwealth of Virginia, and J. Lindsay Almond, Jr., Attorney General of said Commonwealth, have hereunto set their hands and caused the lesser seal of the Commonwealth of Virginia to be affixed hereunto and attested by the Secretary of the Commonwealth, this 30th day of April, 1953.

                                    John S. Battle
                                    Governor of Virginia

STATE OF VIRGINIA SEAL              J. Lindsay Almond, Jr.
                                    Attorney General of Virginia

ATTEST:

Martha Bell Conway
Secretary of Commonwealth

Pursuant to and in accordance with the provisions of section 355 of the Revised

495

Statutes of the United States, as amended Robert T. Stevens, Secretary of the Army, on behalf of the United States of American, does hereby accept the jurisdiction hereinabove ceded to the United States as is evidenced by his execution and acknowledgment of this instrument.

IN TESTIMONY WHEREOF, the said Robert T. Stevens, Secretary of the Army of the United States, pursuant to authority conferred by section 355 of theRevised Statutes of the United States, as amended, has hereunto set his hand and the seal of the Department of the Army, this 19th day of May 1953.

                               Robert T. Stevens
                               Robert T. Stevens
                               Secretary of the Army
UNITED STATES OF AMERICA SEAL
(SEAL)

COMMONWEALTH OF VIRGINIA )
                         )  TO-WIT
CITY OF RICHMOND         )

I, Edwdard D. Farley, a Notary Public in and for the City of Richmond, in the Commonwealth of Virginia, do hereby certify that John S. Battle and J. Lindsay Almond, Jr., whose names are signed to the foregoing writing bearing date on the 30th day of April, 1953, as Governor and Attorney General, respectively, of the Commonwealth of Virginia, have acknowledged the same before me in my city aforesaid.

GIVEN under my hand this 30th day of April, 1953.

                               Edward D. Farley
                               Notary Public
(SEAL)
NOTARY PUBLIC SEAL

My commission Expires My Commission expires January, 14th, 1957.

STATE OF VIRGINIA   )
                    )sss
COUNTY OF ARLINGTON )

I, A. F. Spada, a Notary Public in and for the County of Arlington, do hereby certify that Robert T. Stevens, whose name is signed to the foregoing writing bearing date on the 19th day of May, 1953, as Secretary of the Army of the United States, has acknowledged the same before me in my County aforesaid.

GIVEN under my hand this 19th day of May, 1953.

NOTARY PUBLIC SEAL            A. F. Spada
(SEAL)                        A. F. Spada
                             Notary Public

My commission expires My Commission Expires Sept. 7, 1956.

VIRGINIA: In the Clerk's Office of  Binwiddie Circuit Court. July 29, 1953. This Cedement from The Commonwealth of Virginia to The United States of America was this day lodged in the said office and with the Certificate and Plat annexed admitted to record at 3 P. M.

          Teste: J V M Batts              Clerk.