IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| CARLOS JULIO, and DANIEL HERNANDEZ, individually and on behalf of all other persons similarly situated,<br><br>            Plaintiffs,<br><br>- against -<br><br>KBR, INC., KBR HOLDINGS, LLC, BOLTON HOLDINGS, LLC d/b/a/ INDUSTRIAL TENT SYSTEMS LLC and d/b/a LODGING SOLUTIONS LLC, INDUSTRIAL TENT SYSTEMS, LLC, INDUSTRIAL TENT SYSTEMS HOLDINGS, LLC, LODGING SOLUTIONS, LLC, 2 M LODGING SOLUTIONS, LLC, and STAR PAYMENT SYSTEMS, INC.,<br><br>            Defendants. | Case No.: 3:22-cv-530-HEH |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Named Plaintiff Daniel Hernandez, individually and on behalf of all opt-in plaintiffs and all others similarly situated ("Plaintiffs" or "Plaintiffs and the Putative Collective Members"), file their Motion for Leave to File a Second Amended Complaint pursuant to Fed. R. Civ. Pro. 15. For the reasons set forth in Plaintiffs' Memorandum of Law in Support of this Motion ("Memorandum"), Plaintiffs respectfully request that the Court enter an Order granting Plaintiffs leave to file a Second Amended Complaint.

Date: November 15, 2022     Respectfully submitted,

                By: /s/ *Zev H. Antell*
                   Craig Juraj Curwood (VSB No. 43975)
                   Zev Antell (VSB No. 74634)
                   Butler Curwood, PLC
                   140 Virginia Street, Suite 302
                   Richmond, VA 23219

Tel: 804.648.4848
Fax: 804.237-0413
craig@butlercurwood.com
zev@butlercurwood.com

and

  /s/ *Lloyd Ambinder, Esq.*
Lloyd R. Ambinder, (*Pro Hac Vice*)
Michele A. Moreno (*Pro Hac Vice*)
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
lambinder@vandallp.com
mmoreno@vandallp.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

    I hereby certify that on November 15, 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Zev Antell*
Zev H. Antell (VSB No. 74634)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: zev@butlercurwood.com