IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DANIEL HERNANDEZ, individually )
and on behalf of all other persons )
similarly situated, )
)
)
Plaintiffs, )
)
v. ) Civil Action No. 3:22-cv-530–HEH
)
KBR, INC., *et al.*, )
)
Defendants. )

## ORDER

THIS MATTER is before the Court on a Joint Stipulation of Dismissal Without Prejudice as to Defendants KBR, Inc. and KBR Holdings, LLC, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 106). It appearing this is agreed upon by the parties, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE as to Defendants KBR, Inc. and KBR Holdings, LLC, without any costs to these parties.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____/s/_____
Henry E. Hudson
Senior United States District Judge

Date: June 22, 2023
Richmond, VA